AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Oswald Law Firm, LLC,<br>*Plaintiff*<br>v.<br>The Hartford and Sentinel Insurance Company, Limited,<br>*Defendant* | )<br>)<br>) Civil Action No.   3:17-cv-02576-CMC<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Oswald Law Firm, LLC, take nothing of the defendants, The Hartford and Sentinel Insurance Company, Limited, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, US District Judge, presiding.  The Court having dismissed this action without prejudice.

Date:   November 6, 2017                                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Charles L. Bruorton
                                                                                    *Signature of Clerk or Deputy Clerk*